IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 10 C 6148 |
| GREG PINTER, individually, d/b/a PINTER CONSTRUCTION, d/b/a PINTER GENERAL CONTRACTING, | ) ) ) ) | JUDGE JOHN A. NORDBERG |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, GREG PINTER, individually and d/b/a PINTER CONSTRUCTION, d/b/a PINTER GENERAL CONTRACTING, in the total amount of $133,092.38, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $3,619.75.

On October 7, 2010, the Summons and Complaint was served on the Defendant (by tendering a copy of said documents to his wife, Angeline Pinter) at his residence. Therefore, Defendant's answer was due on October 28, 2010. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Patrick N. Ryan

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that on or before the hour of <u>5:00 p.m.</u>, this <u>9th</u> day of <u>November 2011</u>, he electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

                Mr. Todd A. Miller
                Ms. Kathleen M. Cahill
                Allocco Miller & Cahill
                3409 N. Paulina Street
                Chicago, IL   60657
                tam@alloccomiller.com
                kmc@alloccomiller.com

                                      <u>/s/   Patrick N. Ryan</u>

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\Hrccj\Pinter\#22854\motion-default judgment.pnr.df.wpd